UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andre L. Kydala
PO Box 5537
Clinton NJ 08809
ALK2393

**Order Filed on June 11, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
ROBERT AIDELBAUM

Case Number: _____ 18-20417 _____

Hearing Date: _____

Judge: _____ RG _____

Chapter: _____ 7 _____

Recommended Local Form: ☑ Followed ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: June 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to _____ July 6 2018 _____.

☐   Denied.

*rev.8/1/15*

2