| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>54 Old Highway 22<br>P.O. Box 5537<br>Clinton, New Jersey  08809<br>Phone: (908) 735-2616 | Order Filed on July 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Robert Aidelbaum<br><br><br>**Debtor.** | Case No.:18- 20417<br><br>Hearing Date: 6/20/2018<br><br>Judge: |

## ORDER RELIEVING DEBTOR OF REQUIREMENT OF CREDIT COUNSELING AND FINANCIAL EDUCATION

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: July 2, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

-2-

**(Page 2)**

Debtor: Robert Aidelbaum

Case No.: 18-20417

Caption of Order: ORDER RELIEVING DEBTOR OF REQUIREMENT OF CREDIT COUNSELING AND FINANCIAL EDUCATION

_____

The within matter having come before the Court by way of Motion by the Debtor :

to be relieved of her credit counsel and financial education responsibilities,

IT IS ORDERED as follows:

Due to his physical disabilities the debtor is relieved from getting a credit counseling certificate

and financial education certificate

-2-