Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert Aidelbaum
  45−3003 River Drive South
  Jersey City, NJ 07310

Social Security No.:
  xxx−xx−3115

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/18 at 10:30 AM

to consider and act upon the following:

*24* − Motion for Approval to Participate in the Court&#039s Loss Mitigation Program. Filed by Andre L. Kydala on behalf of Robert Aidelbaum. Hearing scheduled for 8/15/2018 at 09:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Proposed Order) (Kydala, Andre)

Dated: 8/20/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-20417-RG
Robert Aidelbaum                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1           Date Rcvd: Aug 20, 2018
                            Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.
db           ++++ROBERT AIDELBAUM,   45 RIVER DR S APT 3003,   JERSEY CITY NJ   07310-3738
             (address filed with court: Robert Aidelbaum,   45-3003 River Drive South,
             Jersey City, NJ   07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bncmail@w-legal.com Aug 20 2018 23:41:33    CarePoint Health - Physican GSHA,
              c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:46:14
              Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com
              Charles H. Jeanfreau    on behalf of Creditor   CarePoint Health - Physican GSHA
               Charlesj@w-legal.com, BNCmail@w-legal.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5