| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616** | **Order Filed on September 18, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re: Robert Aidelbaum<br><br>**Debtor.** | Case No.:18- 20417<br><br>Hearing Date:<br><br>Judge: |

### ORDER GRANTING APPLICATION TO CONDUCT TELEPHONIC 341 HEARING

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: September 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Robert Aidelbaum

Case No.: 18-20417

Caption of Order: ORDER GRANTING APPLICATION TO CONDUCT TELEPHONIC 341a HEARING

_____

The within matter having come before the Court by way of Motion by the Debtor : to have his 341 hearing conducted telephonically and for good cause shown,

IT IS ORDERED as follows:

Due to his medical condition the debtor the Chapter 13 Trustee is authorized to conduct the Debtor's 341 telephonically subject to the following conditions:

1) Counsel to the Debtor must be present at the Debtors location

2) All policies of the Standing Trustee regarding telephonic 341a hearings must be adhered to by the Debtor and his Counsel

-2-