| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>54 Old Highway 22<br>P.O. Box 5537<br>Clinton, New Jersey  08809<br>Phone: (908) 735-2616 | Order Filed on September 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Robert Aidelbaum<br><br>**Debtor.** | Case No.:18- 20417<br><br>Hearing Date:<br><br>Judge: |

### ORDER GRANTING APPLICATION TO CONDUCT TELEPHONIC 341 HEARING

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: September 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Robert Aidelbaum

Case No.: 18-20417

Caption of Order: ORDER GRANTING APPLICATION TO CONDUCT TELEPHONIC 341a HEARING

_____

The within matter having come before the Court by way of Motion by the Debtor : to have his 341 hearing conducted telephonically and for good cause shown,

IT IS ORDERED as follows:

Due to his medical condition the debtor the Chapter 13 Trustee is authorized to conduct the Debtor's 341 telephonically subject to the following conditions:

1) Counsel to the Debtor must be present at the Debtors location

2) All policies of the Standing Trustee regarding telephonic 341a hearings must be adhered to by the Debtor and his Counsel

United States Bankruptcy Court
District of New Jersey

In re:
Robert Aidelbaum
    Debtor

Case No. 18-20417-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
db      ++++ROBERT AIDELBAUM,  45 RIVER DR S APT 3003,  JERSEY CITY NJ  07310-3738
        (address filed with court: Robert Aidelbaum,  45-3003 River Drive South,
        Jersey City, NJ  07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:
        Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com
        Charles H. Jeanfreau    on behalf of Creditor  CarePoint Health - Physican GSHA
         Charlesj@w-legal.com, BNCmail@w-legal.com
        Denise E. Carlon    on behalf of Creditor  CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor  CARISBROOK ASSET HOLDING TRUST
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 6