UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala
54 Old Highway 22
Clinton NJ 08809

In Re:

Robert Aidelbaum

Case No.:       _____18-20417_____

Judge:          ____RG_____

Chapter:              13

# CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by _Carisbrook holdings_ , creditor,

    A hearing has been scheduled for ___October 3 2018_____, at __10:30_____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

1) I have made payments even before the entry of the court order for loss mitigation
2) I believe my monthly calculation of the loss mitigation payment is correct because Carisbrook in its affidavit has the wrong amount due for property taxes. They list approx. $15,000.00 a year when actually since I bought the unit when they were being built my taxes are only $1500.00 per year.
3) Finally I do not understand why my wife is being included in the order. There is no explanation why the stay is being vacated as to her.
4) I am 79 years old and my health has been very bad over the last 2 years. I was in the hospital almost one full year. I do have regular income from my state pension and social security of $6,000.00 per month. I am just looking for a short modification to allow me to remain in my home until my passing.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____9/26/2018_____          __/s/ Robert Aidelbaum_____
                                    Debtor=s Signature

Date: _____          _____
                                    Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*