UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Robert Aidelbaum

Case No.: 18-20417

Chapter: 13

Judge: GAMBARDELLA

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Andre L. Kydala

This will confirm that on __12/18/18__ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) A/B,E/F,I ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 12/19/18                            Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20417-RG
Robert Aidelbaum                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1            Date Rcvd: Dec 19, 2018
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db             ++++ROBERT AIDELBAUM,   45 RIVER DR S APT 3003,   JERSEY CITY NJ  07310-3738
                (address filed with court:  Robert Aidelbaum,   45-3003 River Drive South,
                 Jersey City, NJ  07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com
              Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA
               Charlesj@w-legal.com, BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6