| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Andre L. Kydala<br>PO Box 5537<br>Clinton NJ 08809 | **Order Filed on January 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>  Robert Aidelbaum | Case No.:         18-20417<br>Chapter:              13<br>Judge:               RG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 4, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/25/2018_____ :

Property:    45 River Dr South Unit 3003 Jersey City NJ

Creditor:    Carisbrook Holding Co

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____THE DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____3/27/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2