Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–20417–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Aidelbaum
   45–3003 River Drive South
   Jersey City, NJ 07310
Social Security No.:
   xxx–xx–3115
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/20/19 at 10:00 AM

to consider and act upon the following:

*82* – Certification in Opposition to (related document:80 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie–Ann Greenberg. Objection deadline is 2/18/2019. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Andre L. Kydala on behalf of Robert Aidelbaum. (Attachments: # 1 Exhibit) (Kydala, Andre)

Dated: 2/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court