| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____ | **Order Filed on April 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br>Robert Aidelbaum | Case No.: | 18-20417 (RG) |
| | Chapter: | 13 |
| | Judge: | Gambardella |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/25/2018_____ :

Property:     45 River Dr South Unit 3003 Jersey City NJ

Creditor:     Carisbrook Holding Co

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____THE DEBTOR_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/27/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*