UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala
PO Box 5537
Clinton NJ 08809

| | |
|---|---|
| In Re:<br><br>Robert Aidelbaum | Case No.:        ___18-20417_____<br><br>Judge:        _____<br><br>Chapter:                13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.        ☐ Motion for Relief from the Automatic Stay filed by _____ ,
creditor,

A hearing has been scheduled for _____ , at _____ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☒ Certification of Default filed by __Trustee_____ ,

I am requesting a hearing be scheduled on this matter.

2.        I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not
been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Robert Aidelbaum passed away approximately 3 weeks ago. He did have several life insurance policies which may be enough to save the home in foreclosure for his elderly widow   his estate is in the process of contacting the insurance companies and transferring his social security and pension benefits to his widow.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: __6/3/2019__

Debtor=s Signature

Date: _____

Debtor=s Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.