Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                Case No.: 18−20417−RG  
                Chapter: 13  
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Robert Aidelbaum  
   45−3003 River Drive South  
   Jersey City, NJ 07310

Social Security No.:  
   xxx−xx−3115

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/17/19 at 10:00 AM

to consider and act upon the following:

*91* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/3/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*93* − Certification in Opposition to (related document:91 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/3/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Andre L. Kydala on behalf of Robert Aidelbaum. (Kydala, Andre)

Dated: 6/3/19

                                              Jeanne Naughton  
                                              Clerk, U.S. Bankruptcy Court