| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on July 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   ESTATE OF ROBERT AIDELBAUM | Case No.:  18-20417 RG<br><br>Hearing Date:  7/17/2019 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 18, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ESTATE OF ROBERT AIDELBAUM

Case No.: 18-20417

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/17/2019 on notice to ANDRE L. KYDALA, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Certification of Death by 7/24/2019; and it is further

- ORDERED, that the Debtor(s) must payoff case within 45 days of the entry of this order; and it is further

- ORDERED, that if debtor does not payoff the case within 45 days, the instant case shall be Dismissed without further Notice to Debtor or Debtor's Attorney