```
LAW OFFICE OF ANDRE L. KYDALA
54 OLD RT 22
P.O. BOX 5537
CLINTON, NJ  08809
(908) 735-2616
ATTORNEY FOR DEBTOR
ALK-2393
```

|  |  |
|---|---|
| IN THE MATTER OF:<br><br>ROBERT AIDELBAUM | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br><br>CASE NO:18-20417<br><br>CERTIFICATION IN SUPPORT OF MOTION TO EXTEND TIME TO PAY OFF PLAN |

I, Mildred Aidelbaum certify and states:

1) I am the widow of Debtor Robert Aidelbaum.

2) My husband died at home on May 7 2019. His health had been an issue for quite some time.
\
3) When my husband died he was receiving his state pension from his employment as a manager of Deptcor which is the NJ Department of corrections department that utilizes the prison workforce to manufacture products for use in the prisons such as blankets and uniforms. He was also receiving Social Security.

4) My husband chose the type of pension that would allow me to receive his full pension payment should he pass away. His pension stopped automatically and I had to fill out forms to reinstate the pension payments in my name. Additionally since I was his second wife despite the death certificate listing me as his wife the state of New Jersey required me to provide a copy of

his divorce decree. It took 4 weeks to locate a copy of his divorce decree. I still am not receiving his pension.

5) Additionally I am entitled to choose his social security payment instead of mine. Since his is much more than my payment I have filled out the forms to have this done but the payment has not yet occurred.

6) Due to the fact that I have not yet received either my husbands pension or his social security I request a 30 day extension in order to pay his plan..

I hereby certify that the foregoing statements made by me are true and that if they are willfully false I am subject to punishment.

/s/Mildred Aidelbaum