| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616** | Order Filed on September 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Robert Aidelbaum<br><br>**Debtor.** | Case No.:18- 20417<br><br>Hearing Date: 9/18/2019<br><br>Judge: RG |

# ORDER EXTENDING TIME TO COMPLETE PLAN

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: September 23, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

-2-

**(Page 2)**

Debtor: Robert Aidelbaum

Case No.: 18-20417

Caption of Order: ORDER EXTENDING TIME TO PAY OFF PLAN

_____

The within matter having come before the Court by way of Motion by the Debtor's widow to extend time to pay off the Debor's Plan,

IT IS ORDERED as follows:

Due to a delay in receiving income from the Debtor's pension and social security the time to pay off plan is extended for 30 days.