UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LAW FIRM OF**
**ANDRE L. KYDALA**
**54 Old Highway 22**
**P.O. Box 5537**
**Clinton, New Jersey  08809**
**Phone: (908) 735-2616**

Order Filed on September 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Robert Aidelbaum

Case No.:18- 20417

Hearing Date:  9/18/2019

**Debtor.**

Judge:  RG

## ORDER EXTENDING TIME TO COMPLETE PLAN

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: September 23, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Robert Aidelbaum

Case No.: 18-20417

Caption of Order: ORDER EXTENDING TIME TO PAY OFF PLAN

_____

The within matter having come before the Court by way of Motion by the Debtor's widow to extend time to pay off the Debor's Plan,

IT IS ORDERED as follows:

Due to a delay in receiving income from the Debtor's pension and social security the time to pay off plan is extended for 30 days.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20417-RG
Robert Aidelbaum                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 24, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db              +++ROBERT AIDELBAUM,    45 RIVER DR S APT 3003,    JERSEY CITY NJ  07310-3738
                (address filed with court:  Robert Aidelbaum,   45-3003 River Drive South,
                Jersey City, NJ  07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
         Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com,  kydalalaw@aim.com
         Charles H. Jeanfreau   on behalf of Creditor   CarePoint Health - Physican GSHA
          charles.jeanfreau@mccalla.com,   BNCmail@w-legal.com
         Denise E. Carlon   on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6