Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−20417−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Aidelbaum
   45−3003 River Drive South
   Jersey City, NJ 07310

Social Security No.:
   xxx−xx−3115

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/6/19 at 10:00 AM

to consider and act upon the following:

*104* − Motion to Extend Time For Other Reason re:pay plan Filed by Andre L. Kydala on behalf of Robert Aidelbaum. Hearing scheduled for 11/6/2019 at 09:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Proposed Order) (Kydala, Andre)INCORRECT HEARING TIME SET. Modified on 10/1/2019 (car).

Dated: 10/1/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court