Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Aidelbaum
45−3003 River Drive South
Jersey City, NJ 07310

Social Security No.:
xxx−xx−3115

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/4/19 at 10:00 AM

to consider and act upon the following:

*109* − Response to (related document:108 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 45S River Dr 3003, Jersey City NJ 07310. Fee Amount $ 181. filed by Creditor CARISBROOK ASSET HOLDING TRUST, Motion for Relief from Co−Debtor Stay of Mildred Morales, 63 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CARISBROOK ASSET HOLDING TRUST. Objection deadline is 11/4/2019. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certificate Re Post Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CARISBROOK ASSET HOLDING TRUST) filed by Andre L. Kydala on behalf of Robert Aidelbaum. (Kydala, Andre)

Dated: 11/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court