Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20417−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Aidelbaum
   45−3003 River Drive South
   Jersey City, NJ 07310

Social Security No.:
   xxx−xx−3115

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/4/19 at 10:00 AM

to consider and act upon the following:

*109* − Response to (related document:108 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 45S River Dr 3003, Jersey City NJ 07310. Fee Amount $ 181. filed by Creditor CARISBROOK ASSET HOLDING TRUST, Motion for Relief from Co−Debtor Stay of Mildred Morales, 63 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CARISBROOK ASSET HOLDING TRUST. Objection deadline is 11/4/2019. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certificate Re Post Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CARISBROOK ASSET HOLDING TRUST) filed by Andre L. Kydala on behalf of Robert Aidelbaum. (Kydala, Andre)

Dated: 11/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Aidelbaum  
    Debtor

Case No. 18-20417-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 04, 2019  
Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
```
db            ++++ROBERT AIDELBAUM,    45 RIVER DR S APT 3003,    JERSEY CITY NJ   07310-3738
               (address filed with court:   Robert Aidelbaum,    45-3003 River Drive South,
                Jersey City, NJ   07310)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Nov 05 2019 00:26:13      CarePoint Health - Physican GSHA,
                c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 00:33:55
                Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:
```
              Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com,  kydalalaw@aim.com
              Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA
               charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```