Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−20417−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Aidelbaum
   45−3003 River Drive South
   Jersey City, NJ 07310

Social Security No.:
   xxx−xx−3115

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/4/19 at 10:00 AM

to consider and act upon the following:

*111* − Motion to Extend Time For Other Reason Filed by Andre L. Kydala on behalf of Robert Aidelbaum. Hearing scheduled for 12/4/2019 at 09:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Proposed Order) (Kydala, Andre)INCORRECT HEARING TIME SET Modified on 11/12/2019 (car).

Dated: 11/12/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20417-RG
Robert Aidelbaum                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Nov 12, 2019
                              Form ID: ntchrgbk         Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db         ++++ROBERT AIDELBAUM,   45 RIVER DR S APT 3003,   JERSEY CITY NJ  07310-3738
              (address filed with court:  Robert Aidelbaum,   45-3003 River Drive South,
              Jersey City, NJ  07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bncmail@w-legal.com Nov 13 2019 01:59:39     CarePoint Health - Physican GSHA,
              c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 01:49:09
              Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
         Andre L. Kydala   on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com,  kydalalaw@aim.com
         Charles H. Jeanfreau   on behalf of Creditor   CarePoint Health - Physican GSHA
          charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com
         Denise E. Carlon   on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin Gordon McDonald   on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg   magecf@magtrustee.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6