| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616** | **Order Filed on November 13, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re: Robert Aidelbaum<br><br>**Debtor.** | Case No.:18- 20417<br><br>Hearing Date: 11/6/2019<br><br>Judge: |

## ORDER EXTENDING TIME TO COMPLETE PLAN

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: November 13, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Robert Aidelbaum

Case No.: 18-20417

Caption of Order: ORDER EXTENDING TIME TO PAY OFF PLAN

_____

The within matter having come before the Court by way of Motion by the Debtor's widow to extend time to pay off the Debor's Plan,

IT IS ORDERED as follows:

Due to a delay in receiving income from the Debtor's pension and social security the time to pay off plan is extended for 30 days until October 31 2019.

-2-

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Aidelbaum  
    Debtor

Case No. 18-20417-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Nov 13, 2019  
　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db　　　　++++ROBERT AIDELBAUM,　　45 RIVER DR S APT 3003,　　JERSEY CITY NJ　07310-3738  
　　　　　　(address filed with court:　Robert Aidelbaum,　　45-3003 River Drive South,　　Jersey City, NJ　07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:  
    Andre L. Kydala　　on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com  
    Charles H. Jeanfreau　　on behalf of Creditor   CarePoint Health - Physican GSHA charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
    Denise E. Carlon　　on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin Gordon McDonald　　on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg　　magecf@magtrustee.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

                                                                            TOTAL: 6