UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Carisbrook Asset Holding Trust

**Order Filed on January 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Robert Aidelbaum,

Debtor.

Case No.: 18-20417 RG

Adv. No.:

Hearing Date: 01/15/2020 @ 10:00 a.m.

Judge: Rosemary Gambardella

**ORDER REGARDING CREDITOR'S CERTIFICATION OF DEFAULT AND
DEBTOR'S MOTION TO EXTEND TIME**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 24, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Robert Aidelbaum
Case No:  18-20417 RG
Caption of Order:  ORDER REGARDING CREDITOR'S CERTIFICATION OF DEFAULT AND DEBTOR'S MOTION TO EXTEND TIME

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Carisbrook Asset Holding Trust, Denise Carlon appearing, upon certification of default as to real property located at 45S River Drive 3003, Jersey City, NJ, 07310, and by Andre Kydala, Esquire, attorney for Debtor/Debtor's estate, upon a motion to extend time to complete plan payments, it appearing that notice of said motions were properly served upon all parties concerned, and this Court having considered the representations of the attorneys for Debtor/Debtor's estate and Secured Creditor and the Chapter 13 Trustee, for the reasons set forth on the record and for good cause having been shown,

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 45S River Drive 3003, Jersey City, NJ 07310 is hereby vacated to allow Secured Creditor, its successors and assigns, to proceed to the sheriff sale of the subject property; and

It is further **ORDERED, ADJUDGED and DECREED** that if, upon receipt of the new sheriff sale date, Debtor's estate requires additional time to complete a sale of the subject property, Debtor's estate may seek additional time by way of application to the Court, to which the parties shall have the opportunity to object;

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor's estate shall file an application to retain a realtor no later than January 31, 2020, or the case will be dismissed without further notice;

It is further **ORDERED, ADJUDGED and DECREED** that Debtor's estate shall obtain and docket a contract of sale no later than March 15, 2020, or the case will be dismissed without further notice;

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor's estate shall become current on the Chapter 13 plan payments by January 31, 2020, or the case shall be dismissed upon a Trustee Certification of Default.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Aidelbaum  
    Debtor

Case No. 18-20417-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.  
db        ++++ROBERT AIDELBAUM,    45 RIVER DR S APT 3003,    JERSEY CITY NJ    07310-3738  
            (address filed with court: Robert Aidelbaum,    45-3003 River Drive South,    Jersey City, NJ    07310)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:  
        Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com  
        Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA  charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
        Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST  kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 6