Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−20417−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Aidelbaum
   45−3003 River Drive South
   Jersey City, NJ 07310

Social Security No.:
   xxx−xx−3115

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 19, 2020
JAN: slm

                                                                                     Jeanne Naughton
                                                                                   Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
```

```
In re:                                                              Case No. 18-20417-RG
Robert Aidelbaum                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1         Date Rcvd: Feb 19, 2020
                               Form ID: 148                 Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
```
db             ++++ROBERT AIDELBAUM,   45 RIVER DR S APT 3003,   JERSEY CITY NJ  07310-3738
                    (address filed with court: Robert Aidelbaum,   45-3003 River Drive South,
                    Jersey City, NJ  07310)
517547502      +Carisbrook Holding Trust,   KML Law,   701 Market Street,   Philadelphia, PA 19106-1538
517610632      +Intercoastal Financial LLC,   7954 Transit Rd #144,   Williamsville NY 14221-4117
517669525      +RoundPoint Mortgage Servicing Corporation,   5016 Parkway Plaza Blvd Buildings 6 & 8,
                    Charlotte, NC 28217-1932
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47       U.S. Attorney,   970 Broad St.,
                    Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:43      United States Trustee,
                    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                    Newark, NJ 07102-5235
cr             +E-mail/Text: bncmail@w-legal.com Feb 20 2020 00:29:57       CarePoint Health - Physcan GSHA,
                    c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
cr             +EDI: RMSC.COM Feb 20 2020 04:43:00      Synchrony Bank, c/o PRA Receivables Management, LL,
                    POB 41021,   Norfolk, VA 23541-1021
517674797      +E-mail/Text: bncmail@w-legal.com Feb 20 2020 00:29:57       CarePoint Health - Physcan CHMG,
                    C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517674643      +E-mail/Text: bncmail@w-legal.com Feb 20 2020 00:29:57       CarePoint Health - Physcan GSHA,
                    C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517549203      +EDI: RMSC.COM Feb 20 2020 04:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517926988        Weinstein Riley 2001 Western Ave Seattle Wa  98121
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
```
          Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com
          Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physcan GSHA
           charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```