UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

**Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Estate of Robert Aidelbaum

Case No.: 18-20417

Judge:    Rosemary Gambardella

## ORDER DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Estate of Robert Aidelbaum

Case No. 18-20417

Caption of Order: **ORDER DISMISSING PETITION**

---

THIS MATTER having come before the Court on Debtor's Motion to Extend Time to pay off the Plan and Creditor's Certification of Default, and the Court having entered an Order on 1/24/2020 ordering debtor to file an application to retain a realtor by 1/31/2020 or the case would be dismissed without further notice and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED, than upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor's Plan shall be disbursed to the Debtor, less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                             Case No. 18-20417-RG
Robert Aidelbaum                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Feb 19, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db           ++++ROBERT AIDELBAUM,    45 RIVER DR S APT 3003,    JERSEY CITY NJ  07310-3738
               (address filed with court:  Robert Aidelbaum,    45-3003 River Drive South,
                 Jersey City, NJ  07310)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
          Andre L. Kydala    on behalf of Debtor Robert  Aidelbaum kydalalaw@aim.com, kydalalaw@aim.com
          Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA
           charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```